UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOHN PAUL DiCICCO,**<br>　　　　Plaintiff<br><br>**v.**<br><br>**THE TOWN OF SWAMPSCOTT,** a municipal Corporation**, SWAMPSCOTT CHIEF OF POLICE RONALD MADIGAN, OFFICER MICHAEL FRAYLER, SERGEANT RICHARD McCARRISTON, LIEUTENANT PAUL BARTRAM, JOHN DOE,**<br>　　　　Defendants | C.A. No. |

## NOTICE OF REMOVAL

To:   United States District Court
　　　District of Massachusetts

The petition of the Defendants, asserts:

1. On or about October 9, 2014, Plaintiff commenced a civil action against the Defendants in the Superior Court of the Commonwealth of Massachusetts, County of Suffolk entitled ***John Paul DiCicco v. The Town of Swampscott, et al.,*** **Suffolk Superior Court No. SUCV2014-03197C**.  (See Attachment A)

2. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 42 U.S.C. Section 1983 and Section 1988, and is one which may be removed to this Court by the defendants pursuant to the provisions of 28 U.S.C. Section 1441.  This is an action alleging claims including those arising out of the Constitution of the United States.

3. Written notice of the filing of this Notice shall be promptly served upon the Plaintiff and filed with the Clerk of the Suffolk County Superior Court pursuant to 28 U.S.C. Section 1446(d).

**WHEREFORE,** the Petitioners respectfully pray that the action now pending against them in Suffolk Superior Court, be removed to the United States District Court for the District of Massachusetts.

Signed and sworn to under the penalties of perjury this 12th day of March, 2015.

          Respectfully submitted,
          DEFENDANTS,
          By its attorneys:

          __/s/ Douglas I. Louison__
          Douglas I. Louison (BBO #545191)
          Email: Dlouison@lccplaw.com
          Louison, Costello, Condon & Pfaff, LLP
          101 Summer Street
          Boston, MA  02110
          617-439-0305
          FAX: 617-439-0325

Date:  March 12, 2015

**CERTIFICATE OF SERVICE**

I, Douglas I. Louison, hereby certify that on the below date, I served the forgoing NOTICE OF REMOVAL by causing a copy to be mailed, postage prepaid, directed to:

Jeffrey Rosario Turco, Esq.
378 Broadway
Chelsea, MA  02150

Date:  March 12, 2015              */s/ Douglas I. Louison*
                                    Douglas I. Louison

15 TRI 026